JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GUTIERREZ, an individual, | CASE NO. CV 08-05533 JFW FMOx |
| Plaintiff, | Assigned to the Hon. John F. Walter |
| v. | **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a Delaware Corporation; and DOES 1 through 10, inclusive, | Date Case Filed:     July 11, 2008<br>Date Case Removed:  August 22, 2008 |
| Defendants. | |

## ORDER

The parties having stipulated to have the above-referenced case remanded to the Superior Court for the County of Los Angeles, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-referenced matter is remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

DATED: _September 16, 2008    By: _____
HON. JOHN F. WALTER
Judge of the Central District of California
United States District Court

4842-3953-9970.1